UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dianne Bosch, | Case No. 2:12-cv-01875-PHX-SLG |
| Plaintiff, | **ORDER** |
| v. | |
| BCD Travel USA, LLC, | |
| Defendant. | |

The Parties in this action have submitted a *Joint Motion for Approval of Settlement Agreement and Stipulation to Dismiss all Claims with Prejudice* with attached Settlement Agreement and Release. Having reviewed the Joint Motion and Stipulation along with the proposed Settlement Agreement and Release, the Court enters the following Order:

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement and Release is approved in its entirety, and is a fair and reasonable resolution of the Parties' *bona fide* dispute;

2. This matter is hereby dismissed, *with prejudice*, the parties to bear their respective attorneys' fees and costs.

IT IS SO ORDERED this 17th day of October, 2013.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE